**RUSSELL L. LOW, ESQ. RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street - Suite 304**
**Hackensack, New Jersey 07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on October 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | |
| Omar Ferguson | : | CHAPTER 13 |
| | : | CASE NO. 19-27331 |
| | : | HONORABLE MICHAEL B. KAPLAN |
| Debtor | : | Hearing Date: October 9, 2019 at 9:00 am |

## ORDER EXTENDING

☐ CASE        ✓ AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: October 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

the Automatic Stay is extended as to all creditors effective the date of this Order.