Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27331−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Omar A. Ferguson
   550 East Maple Avenue
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−9605

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: February 6, 2020
JAN: bwj

                                                            Jeanne Naughton
                                                            Clerk

```
United States Bankruptcy Court
       District of New Jersey

In re:                                                      Case No. 19-27331-MBK
Omar A. Ferguson                                            Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Feb 06, 2020
                              Form ID: 148             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             +Omar A. Ferguson,    550 East Maple Avenue,    Woodbridge, NJ 07095-3040
aty            +Robertson, Anschutz & Schneid PL,    6409 Congress St., Suite 100,    Boca Raton, FL 33487-2853
518452430      +CompanyNameARS ACCOUNT RESOLUTION,    1643 HARRISON PKWY STE 1,    SUNRISE, FL 33323-2857
518452431      +CompanyNameCAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238-1119
518452433      +CompanyNameCREDIT ONE BANK NA,    PO BOX 98875,    LAS VEGAS, NV 89193-8875
518452445      +CompanyNameChikita Killins,    Attn: Haug Law Group, LLC,    8237 Dunwoody Place,
                 Atlanta, GA 30350-3302
518452436      +CompanyNameFIA CS,    PO BOX 982238,    EL PASO, TX 79998-2238
518452437      +CompanyNameINNOVATIVE R,    4230 LBJ FREEWAY,    DALLAS, TX 75244-5806
518452438      +CompanyNameLVNV FUNDING LLC,    PO BOX 10497,    GREENVILLE, SC 29603-0497
518452439      +CompanyNameMIDAMERICA/MILESTONE/G,    PO BOX 4499,    BEAVERTON, OR 97076-4499
518452440      +CompanyNameSCANA ENERGY MARKETING,    3344 PEACHTREE RD NE STE,    ATLANTA, GA 30326-4801
518452441      +CompanyNameState of New Jersey,    Dept of Labor,    PO Box 951,    Trenton, NJ 08625-0951
518452442      +CompanyNameWEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
518452428      +CompanyNameWilliam H. Arroyo, Esq.,    4228 First Ave., Suite 10,    Tucker, GA 30084-4426
518452446      +PHH Mortgage Services,    1 Mortgage WaY,    Mount Laurel, NJ 08054-4624
518452447      +Progressive Direct Auto,    PO Box 31260,    Tampa, FL 33631-3260
518473110      +State of New Jersey Department of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
518470330      +U.S. Bank National Association,    RAS Citron LLC,    130 Clinton Road, Suite 202,
                 Fairfield NJ 07004-2927
518538003       U.S. Bank National Association,    PHH Mortgage Corporation,    Attn: Bankruptcy Department,
                 PO Box 24605,    West Palm Beach, FL 33416-4605
518466597      +William H. Arroyo,    4228 First Ave., Ste. 10,    Tucker, GA 30084-4426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518452429      +EDI: BANKAMER.COM Feb 07 2020 05:19:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
518551341       EDI: BANKAMER.COM Feb 07 2020 05:19:00      Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
518452444      +E-mail/Text: g2sogasbnkr@southernco.com Feb 07 2020 01:08:31      Elizabethtown Gas,
                 PO BOX 5412,    Carol Stream, IL 60197-5412
518466839       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2020 01:13:45      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518539201      +EDI: MID8.COM Feb 07 2020 05:18:00      Midland Funding LLC,    PO Box 2011,
                 Warren MI 48090-2011
518462372       EDI: Q3G.COM Feb 07 2020 05:18:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
518452448      +EDI: DRIV.COM Feb 07 2020 05:18:00      SANTANDER CONSUMER USA,    PO BOX 961245,
                 FT WORTH, TX 76161-0244
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518452432       CompanyName[Chikita Killins],    Attn: Colin A. Barron, Esq.
lm*            +PHH Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
cr*            +U.S. Bank National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518452434*     +CompanyNameCREDIT ONE BANK NA,    PO BOX 98875,    LAS VEGAS, NV 89193-8875
518452435*     +CompanyNameCREDIT ONE BANK NA,    PO BOX 98875,    LAS VEGAS, NV 89193-8875
518452443*     +CompanyNameWEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2020                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Feb 06, 2020
                              Form ID: 148              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank National Association
               ajennings@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Omar A. Ferguson ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```